IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                  PLAINTIFF/RESPONDENT

   v.             Civil No. 05-5160
               Criminal No. 04-50015-002

JOSE MANCILLA-OREGON                        DEFENDANT/MOVANT

**O R D E R**

Movant, a federal prisoner presently housed at the Federal Correction Institute, Oakdale, Louisiana, has filed a Motion Under 28 U.S.C. § 2241 for review by this court (Doc. #116). Having reviewed the motion, respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this 21st day of September 2005.

                                                 /s/Beverly Stites Jones
                                                 HON. BEVERLY STITES JONES
                                                 UNITED STATES MAGISTRATE JUDGE