IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                         PLAINTIFF/RESPONDENT

v.          Civil No. 05-5160
            Criminal No. 04-50015-002

JOSE MANCILLA-OREGON                                   DEFENDANT/MOVANT

## O R D E R

The court hereby appoints Attorney David Dunagin to represent the Movant regarding the motion he has filed under 28 U.S.C., Section 2255. The court directs the movant's former attorney in this matter, Hugh Jarratt, to furnish Attorney Dunagin any and all necessary information regarding the petition.

SO ORDERED this 24th day of April 2006.

**/s/ Beverly Stites Jones**
HONORABLE BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE