IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEILLLE DIVISION

UNITED STATES OF AMERICA  PLAINTIFF/RESPONDENT

v.  Civil No. 05-5160
Crim. No. 04-50015-002

JOSE MANCILLA-OREGON  DEFENDANT/MOVANT

## MAGISTRATE'S REPORT AND RECOMMENDATION

Jose Mancilla-Oregon filed a motion under 28 U.S.C. § 2255 on September 15, 2005 (Doc. #116). Service was ordered and a response filed on October 19, 2005 (Doc. #118). A hearing is scheduled for July 25, 2006 at 1:00 p.m., in Ft. Smith, Arkansas. On May 25, 2006, appointed counsel for movant filed a motion (Doc. #161) requesting dismissal of this action at movant's request. We have telephonically verified that respondent has no objection to dismissal.

We recommend movant's request to dismiss be granted. **The parties have ten days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained. Failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be timely and specific to trigger *de novo* review by the district court.**

DATED this 26th day of May 2006.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE