IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

**v.**                Civil No. 05-5160
                  Crim. No. 04-50015-002

**JOSE MANCILLA-OREGON**                          **DEFENDANT/MOVANT**

### O R D E R

Now on this 16th day of June, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #162), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **movant's Motion to Dismiss his 28 U.S.C. § 2255 Petition is hereby granted** and this action is **dismissed**.

**IT IS SO ORDERED.**

                                                 **/s/Jimm Larry Hendren**
                                                 **HON. JIMM LARRY HENDREN**
                                                 **UNITED STATES DISTRICT JUDGE**